UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEFFREY FILLMAN and
ASHLEY TILLMAN,**

       **Plaintiffs,**

v.                                   **Case No. 6:23-cv-2219-ACC-DCI**

**FIRST COMMUNITY
INSURANCE COMPANY,**

       **Defendant.**

_____

**ORDER OF DISMISSAL**

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on April 10, 2025.

ANNE C. CONWAY
United States District Judge

**<u>COPIES FURNISHED TO:</u>**
Counsel of Record